IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LAURA DUHON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-177 |
| | ) | |
| WALMART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff's counsel has not made an appearance after removal despite notice from the Clerk of Court on August 1, 2025, of the requirement to do so by the deadline of ten days after issuance of the notice. (See doc. no. 3.) By no later than Monday, August 25, 2025, Plaintiff's counsel shall file a notice of appearance or a notice identifying any substitute counsel. The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's counsel by email and by U.S. Mail.

SO ORDERED this 18th day of August, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA